IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANK RAMOS,**<br><br>                              Petitioner,<br><br>         v.<br><br>**J.W. HAVILAND, Warden,**<br><br>                              Respondent. | Case No. 2:10-cv-01934-GEB-KJM<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

FOR GOOD CAUSE SHOWN, Respondent's request for an extension of time, to and including January 24, 2011, to file a response to the Petition for Writ of Habeas Corpus in this action (doc. no. 13) is granted.

Dated: December 9, 2010.

_____
U.S. MAGISTRATE JUDGE